UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS WILLIAMS,<br>                              Defendant. | 25-CR-88 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on March 12, 2025, at 11:30 A.M., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: March 6, 2025
       New York, New York

_____
DALE E. HO
United States District Judge