UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS WILLIAMS,<br>                     Defendant. | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss, ECF No. 19, previously scheduled for October 8, 2025, is RESCHEDULED for **October 14, 2025**, at **11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. **The Court excludes time under the Speedy Trial Act through October 14, 2025.** In light of the Government's previous request to extend the period for briefing on Defendant's motion, *see* ECF No. 21, which the Court granted on Defendant's consent, *see* ECF No. 22, the Court finds that the ends of justice served by excluding such time outweigh the interests of the Defendant and the public in a speedy trial and because it will provide the Court and the parties time to prepare for a hearing on Defendant's motion.

      SO ORDERED.

Dated: September 29, 2025
       New York, New York

                                                                   DALE E. HO
                                                                   United States District Judge