UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CORNELIUS WILLIAMS,<br><br>                    Defendant. | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 15, 2025, this Court heard argument on Defendant's Motion to Vacate the Court's prior order denying, without prejudice, Mr. Williams' 28 U.S.C. § 2255 habeas petition, arising from *United States v. Williams*, 12-CR-944. Mr. Williams argues, *inter alia*, that pursuant to Fed. R. Civ. P. 60(b), his failure to refile his § 2255 petition following a change in the law, *see United States v. Davis*, 139 S. Ct. 2319 (2019), *United States v. Barrett*, 937 F.3d. 126 (2d Cir. 2019), was a result of his counsel's abandonment of his case. In the alternative, pursuant to 28 U.S.C. § 2255, Mr. Williams argues that the one-year time bar on his § 2255 motion should be equitably tolled due to ineffective assistance of counsel. *Baldayaque v. United States*, 338 F.3d 145, 152-53 (2d Cir. 2003). The Government argues that Mr. Williams' counsel did not abandon the case, nor were they ineffective.

Because Mr. Williams is currently represented by the office that may have abandoned his case or provided ineffective counsel, they cannot advise Mr. Williams on these issues. It is hereby ORDERED that the parties appear before the Court for a hearing concerning the appointment of additional counsel for Mr. Williams for the limited purpose of representing and advising him on abandonment pursuant to Fed. R. Civ. P. 60(b) and ineffective assistance of counsel pursuant to 28 U.S.C. § 2255. The hearing will take place at 11:00 am on October 27, 2025, in Courtroom

905 of the Thurgood Marshall Courthouse at 40 Foley Square.  The on-duty CJA lawyer for that day is directed to appear at the hearing.

SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                            DALE E. HO
                              United States District Judge