UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS WILLIAMS,<br>　　　　　　　　　Defendant. | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　IT IS HEREBY ORDERED that the conference previously scheduled for October 27, 2025, is RESCHEDULED for **October 30, 2025**, at **2:30 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  Counsel Kristoff Williams is directed to advise his client Cornelius Williams to appear before this Court on the rescheduled date and time.  The on-duty CJA lawyer for that day is directed to appear at the hearing.

　　SO ORDERED.

Dated: October 27, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge