UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>CORNELIUS WILLIAMS,<br><br>       Defendant. | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant, Cornelius Williams, in the above-captioned proceeding for a court appearance today. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the Marshals Service or the BOP may use such force as is reasonably necessary for the execution of the production to the courthouse.

  SO ORDERED.

Dated: October 30, 2025
    New York, New York

                     DALE E. HO
                  United States District Judge