
**Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.286.0611 direct
mgilbert@sheppardmullin.com

December 16, 2025

The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Williams*, 25-cr-00088 (S.D.N.Y.)

Dear Judge Ho:

As you know, we represent Cornelius Williams in the above captioned matter, and we were appointed to represent Mr. Williams in respect to certain arguments the Federal Defenders are conflicted out of making on Mr. Williams' behalf.

We have received Mr. Williams' client files from his previous counsel and communicated with his previous attorneys regarding their prior representations of Mr. Williams, but we require additional time to complete our assessment of his prior representation. We therefore request an adjournment of the current briefing deadlines and status conference.

We request that our deadline for submission be changed to January 5, 2026 (previously December 21, 2025), with the Government's submission due January 26, 2026 (previously January 12, 2026). As to the status conference scheduled for January 23, 2026, at 2:30 pm, we request that it be adjourned until the week of February 23, 2026, or later, given the trial schedule of the Government and the Federal Defenders.

The Government consents. The Federal Defenders consent.

Respectfully Submitted,

Michael J. Gilbert
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     Kristoff Williams, Assistant Federal Defender
        Dana R. McCann, AUSA

Application **GRANTED**.  The parties shall adhere to the briefing schedule proposed herein.  The hearing previously scheduled for January 23, 2026, shall be adjourned until **February 25, 2026, at 11:00 a.m.**  The Court hereby excludes time through February 25, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will permit time for the parties to consider, prepare, and submit motions in accordance with their proposed schedule.  The Clerk of Court is respectfully directed to close ECF No. 35.  **SO ORDERED.**

Dated: December 17, 2025                                      Dale E. Ho
New York, New York                                           United States District Judge