

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 22, 2026

**BY CM/ECF AND EMAIL**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. The Government's deadline to file their response to Defendant's motion to vacate the prior judgment is hereby adjourned to **Monday, February 9, 2026.** The Clerk of Court is respectfully directed to close ECF No. 40. **SO ORDERED.**

Dated: January 23, 2026
New York, New York

Dale E. Ho
United States District Judge

Re:    *United States v. Cornelius Williams*, 25 Cr. 88 (DEH)

Dear Judge Ho:

The Government respectfully requests a two-week adjournment of the January 26, 2026 deadline to respond to the defendant's motion to vacate the defendant's prior judgment, which was filed in the above-captioned matter on January 5, 2026. (Dkt. 38). The Government requests this additional time in order to obtain records from the case file, consider the Government's position on the motion, and draft its response. Accordingly, the Government respectfully requests leave to file its response by Monday, February 9, 2026. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ *Dana R. McCann*
Dana R. McCann
Assistant United States Attorney
Tel.: (212) 637-2308

cc: Counsel for Defendant Cornelius Williams (by ECF and email)