UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS WILLIAMS,<br><div align="right">Defendant(s).</div> | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 26, 2026, the Court was informed by the U.S. Marshals that Defendant Cornelius Williams declined to appear for a motions conference before this Court.

It is hereby **ORDERED** that the conference previously scheduled for February 26, 2026, is rescheduled for **March 20, 2026, at 2:00 p.m.**

Within one week prior to the conference, defense counsel is directed to confer with Mr. Williams to confirm his attendance at the conference, and to file a letter on ECF informing the Court they have done so. The Court hereby excludes time through March 20, 2026, under the Speedy Trial Act 18 USC§ 3161 (h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will permit time for defense counsel to confer with Mr. Williams and for the parties to prepare for a hearing on Defendant's pending motions.

SO ORDERED.

Dated: February 26, 2026
New York, New York

DALE E. HO
United States District Judge