UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA        :        **LAPTOP ORDER**

    - v -                       :        25 Cr. 88 (DEH)

CORNELIUS WILLIAMS,             :

                Defendant.   :

-----------------------------------x

Upon the application of the Defendant, **Cornelius Williams,** by and through his attorney, **Kristoff Williams,** it is hereby **ORDERED** that the Hudson County Correctional Facility, consistent with the policies of the institution, shall authorize the Defendant to have access to a laptop for the purpose of reviewing discovery in the above-captioned case.  The Clerk of Court is respectfully directed to close ECF No. 55.


Dated:  New York, New York          **SO ORDERED:**
       June 29, 2026

_____
HONORABLE DALE E. HO
United States District Judge