Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2026

**BY ECF**

The Honorable Dale E. Ho
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**. The status conference previously scheduled for July, 29, 2026, is adjourned to **August 26, 2026, at 10:30 a.m.** The Court hereby excludes time through August 26, 2026, under the speedy Trial Act, 18 USC § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will permit time for the parties to continue to discuss a potential pretrial resolution in this matter. The Clerk of Court is respectfully directed to close ECF No. 57. **SO ORDERED.**

Dated: July 27, 2026
New York, New York

Dale E. Ho
United States District Judge

Re: **United States v. Cornelius Williams**
**25-CR-088 (DEH)**

Dear Judge Ho,

Cornelius Williams, through undersigned counsel, respectfully requests that the status conference currently scheduled for July 29, 2026 be adjourned for a period of approximately 30 days to permit the parties to continue their plea discussions. The government has no objection to the request. The parties would be available on the following dates:

- August 24, 2026;
- August 25, 2026 (Morning);
- August 26, 2026; or
- August 27, 2026

The defense has no objection to waiving time under the speedy trial act through the newly proposed conference date.

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791