UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CORNELIUS WILLIAMS,

Defendant.

25-CR-88 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 12, 2026, the Court received a letter from defendant Cornelius Williams which appears to contain privileged attorney-client information. The Court will maintain the letter under seal in the vault and will provide a copy to Mr. Williams's attorney.

SO ORDERED.

Dated: August 12, 2026
New York, New York

DALE E. HO
United States District Judge