UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CORNELIUS WILLIAMS,

Defendant.

25-CR-88 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a conflict in the Court's schedule, it is hereby **ORDERED** that the conference previously scheduled for August 26, 2026, at 10:30 a.m. is **RESCHEDULED** for **August 26, 2026**, at **2:30 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 24, 2026
New York, New York

DALE E. HO
United States District Judge