**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2026

**BY CM/ECF AND EMAIL**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Cornelius Williams*, 25 Cr. 88 (DEH)**

Dear Judge Ho:

The Government writes on behalf of the parties in response to the Court's order on August 28, 2026, directing the parties to confer and propose a schedule for pretrial motions by September 9, 2026. Trial is scheduled to begin in the above-captioned case on January 5, 2027. The parties propose motions *in limine* to be filed by December 7, 2026, and motions *in limine* oppositions to be filed on December 14, 2026. In addition, the parties propose the following pretrial deadlines:

- Voir dire and requests to charge to be filed by December 18, 2026
- Defendant's reciprocal discovery to be produced by December 28, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Dana R. McCann*
Dana R. McCann
Assistant United States Attorney
Tel.: (212) 637-2308

cc: Counsel for Defendant Cornelius Williams (by ECF and email)

Application **GRANTED**. The parties shall adhere to the pretrial schedule set forth herein. A hearing on the motions in limine is scheduled for **December 21, 2026 at 10:00 a.m.** and the final pretrial conference is scheduled for **January 4, 2027, at 10:00 a.m.** The Clerk of Court is respectfully directed to close ECF No. 63. **SO ORDERED.**

Dated: September 11, 2026
New York, New York

Dale E. Ho
United States District Judge