UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CORNELIUS WILLIAMS,

Defendant.

25-CR-88 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **October 2, 2026, at 11:30 a.m**. in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: September 25, 2026
New York, New York

DALE E. HO
United States District Judge