Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 1, 2026

Application **GRANTED**. The plea hearing previously scheduled for October 2, 2026, is hereby adjourned to **October 7, 2026, at 11:00 a.m. SO ORDERED.**

Dated: October 1, 2026
New York, New York

Dale E. Ho
United States District Judge

**BY ECF**

The Honorable Dale E. Ho
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Cornelius Williams**
**25-CR-088 (DEH)**

Dear Judge Ho,

Cornelius Williams, through undersigned counsel, respectfully requests that the change of plea hearing currently scheduled for October 2, 2026 be adjourned until October 7, 2026 at 11:00am. The adjournment is needed to avoid conflicting with a pre-scheduled visit between Mr. Williams and his family at the correctional facility the morning of October 2, 2026.

Respectfully Submitted,
/s/
Kristoff Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791