UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORNELIUS WILLIAMS,<br><br>Defendant. | 25-CR-88 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the change of plea hearing previously scheduled for October 7, 2026, is rescheduled for **October 13, 2026**, at **11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. By no later than **2:00 pm on October 12, 2026**, counsel for Defendant is directed to file a letter on ECF confirming that he has discussed this matter with his client, and that he expects his client to attend the change of plea hearing.

SO ORDERED.

Dated: October 7, 2026
New York, New York

DALE E. HO
United States District Judge