**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2026

Application **GRANTED.** The sentencing hearing scheduled for January 15, 2027, in both matters, is hereby adjourned to **February 5, 2027, at 10:00 a.m.** Defendant's submission shall be due by **January 22, 2027**; the Government's submission by **January 29, 2027**.
**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Dale E. Ho
United States District Judge

**BY CM/ECF AND EMAIL**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***United States v. Cornelius Williams*, 25 Cr. 88 (DEH)**
***United States v. Cornelius Williams*, 22 Cr. 647 (DEH)**

Dear Judge Ho:

The Government writes on behalf of the parties to respectfully request an adjournment of the sentencing, which is currently scheduled in the above-captioned matters for 10:00 a.m. on January 15, 2027. The United States Probation Officer is unable to attend on that date. The parties have conferred and are available during the week of February 1, 2027. Accordingly, the parties respectfully request an adjournment of the sentencing to the week of February 1, 2027.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Dana R. McCann*_______________
Dana R. McCann
Assistant United States Attorney
Tel.: (212) 637-2308

cc: Counsel for Defendant Cornelius Williams (by ECF and email)
United States Probation Officer Urshala Herald (by email)